IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODRICUS JAMEZ MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:11cv732-WHA |
| ) | |
| OFFICER BARRY, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #24), entered on February 8, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that Plaintiff's Complaint is DISMISSED without prejudice for lack of jurisdiction.

DONE this 1st day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE